NO. 07-03-0005-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 29, 2004

_____


ALBERTO GEORGE BARRON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE


_____

FROM THE 242ND DISTRICT COURT OF SWISHER COUNTY;

NO. B 3664-0111; HONORABLE ED SELF, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**


Appellant Alberto George Barron filed a notice of appeal from his conviction in the 242nd District Court of Swisher County. The appeal was previously abated and remanded to the trial court for further proceedings.

Pursuant to the abatement and remand, a supplemental clerk's record was filed with this Court which contained an affidavit signed by appellant indicating that he no longer wished to pursue this appeal.

The appeal is dismissed. The appeal having been dismissed pursuant to appellant's request, no motion for rehearing will be entertained. Mandate will issue forthwith.

Phil Johnson
Chief Justice

Do not publish.